UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ESCARCEGA, | No. C 06-3693 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| BEN CURRY, warden, | |
| Respondent. | |

Petitioner's request for a certificate of appealability is DISMISSED as unnecessary. (Docket # 17.) A state prisoner challenging the parole board's administrative decision to deny his request for parole does not need such a certificate to appeal. See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005). Plaintiff's "motion of objections for the court order denying the petition" is DENIED; petitioner may assert the arguments in that motion in his appeal. (Docket # 16.) The clerk shall process the appeal.

IT IS SO ORDERED.

DATED: March 22, 2010

_____
SUSAN ILLSTON
United States District Judge